Stephanie Miller
stephaniefhm@hotmail.com
3419 NE Cromwell Street
Bremerton, WA 98311
(360) 265-7800

April 10, 2009

Judge Thomas T. Glover
United States Bankruptcy Court
Western District of Washington
700 Stewart St, room 6301
Seattle, WA 98101

FILED
Western District of Washington
at Seattle
APR 15 2009
U.S. Bankruptcy Cour

Dear Judge Thomas Glover,

I, Stephanie Miller am writing this letter in regards to case number 09-11316 for Kirk Lindstedt, whom I was with for nearly seven years. I am the mother with sole custody of Mr. Lindstedt's daughter Madison who was born in February 2006 and by his choice he has not seen since July 2006 when she was five months old.

Mr. Lindstedt is self-employed @ Fineline Window Tinting and based in Clallam County but he also travels to other surrounding counties such as Kitsap, Jefferson, Pierce, and King where he tints windows on vehicles, houses, boats, etc. often being paid "under the table." "Window tinting" is an application of film that is applied to windows for sun protection, personal preference, privacy, etc.

I object to the Notice of Chapter 13 Bankruptcy letter on the basis that Mr. Lindstedt has failed in his responsibility to disclose his current child support obligation as well as his debt for support. There is an administrative order for Mr. Lindstedt to pay $588.39 a month. As of April 10, 2009 Mr. Lindstedt is more than thirteen months behind in his child support payments and he presently owes $7970.23 to the Division of Child Support. In addition Mr. Lindstedt owes me $4625.00 for his support obligation prior to August 2007 which is when I turned to the Division of Child Support for help.

Mr. Lindstedt and I had an agreement that he was to pay me $450.00 by the 10th day of each month for his child support obligation. I had to call him on a monthly basis to remind him he didn't pay his support or the check bounced again. He would make other arrangements that fell through as well. I of course heard every excuse in the book. "He was written a bad check from a customer, dealerships didn't pay, the bank wasn't open, I forgot" and so on. I was tired of the excuses and I thought that it would be fair and best for the both of us to have the Division of Child Support oversee this support obligation.

The Division of Child Support has received six payments; of which five had to be garnished and his driver's license has been suspended because he will not pay his support. His license had to be reinstated once he filed for Chapter 13 even though the

Division of Child Support and his monthly payment amount were not included on the original Chapter 13 Plan.

I believe the only way Mr. Lindstedt will pay his current and past due support is to include the Division of Child Support in Mr. Lindstedt's repayment plan. It is my request that the Chapter 13 Trustee collect his current and back child support. The Division of Child Support has tried all tactics to collect support to no avail. I am hoping that you: The Chapter 13 Trustee will be able to collect on his support.

I believe that Mr. Lindstedt is trying every possible measure to get out of this responsibility. It is clear that Mr. Lindstedt showed no regard for his child support obligation. Mr. Lindstedt had the means for traveling and investing and spending money on his 1966 Chevy Nova which he races; yet his child support went and still goes unpaid.

Thank you for your time and attention to this matter.


Sincerely,

*Stephanie Miller*

Stephanie Miller